UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| ROBERT W. MCKENNEY,   )<br>Plaintiff   )<br>  )<br>v.   )<br>  )<br>THOMAS FARRINGTON, ET AL   )<br>Defendants   )<br>  ) | Docket No. 2:16-cv-00630-JAW |

### DEFENDANTS' MOTION TO DISMISS WITH INCORPORATED MEMORANDUM OF LAW

NOW COME Defendants Thomas Farrington and Lane Feldman, by and through undersigned counsel, and hereby move this honorable Court pursuant to Fed.R.Civ.P. 41(b), to dismiss Plaintiff's Complaint.

"A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988). McKenney has run afoul of this rule.

Defense counsel has been unable to serve copies of the Answer and Interrogatories and a Request for Documents on McKenney. Defense counsel originally sent these documents to the address McKenney provided to the Court, which was the address of the Androscoggin County Jail. This mail was returned with an indication that McKenney had been released.

Defense counsel then located another address in Woolwich from Plaintiff's inmate file and sent the mail there. On June 19, 2017, Attorney Jim Day contacted the office of defense counsel. Attorney Day informed this office that he was in possession of the mail for McKenney. The address in Woolwich was McKenney's mother's address, but McKenney's mother has since

passed away. Attorney Day is handling her estate. Attorney Day returned the mail to this office and asked that this office remove the address in Woolwich from our records. Defense counsel does not have another address for McKenney.

The Court has similarly been unable to serve McKenney. All correspondence from the Court from March until now have been returned as undeliverable. McKenney has failed to provide the Court with an updated address.

At this point, the Defendants are unable to proceed with the case because they are unable to serve discovery on McKenney. For these reasons, Defendants Thomas Farrington and Lane Feldman respectfully request that the Court grant this Motion to Dismiss Plaintiff's Complaint.

Dated:   June 29, 2017                              _/s/Cassandra S. Shaffer_____
                                                    Cassandra S. Shaffer, Esq.
                                                    Wheeler & Arey, P.A.
                                                    Attorneys for Defendants
                                                    27 Temple Street, P.O. Box 376
                                                    Waterville, ME   04903-0376